AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-600

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Agilent Technologies, Inc.
was received by me on *(date)* 08/18/2017 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Amy McLaren - Authorized to Accept , who is
designated by law to accept service of process on behalf of *(name of organization)* The Corporation Trust Company
1209 Orange St., Wilmington, DE 19801   @ 10:48 a.m.   on *(date)* 08/18/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/18/2017

*Server's signature*

Robert Lougheed - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc: