**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THERMO FISHER SCIENTIFIC INC. and THERMO FISHER SCIENTIFIC (BREMEN) GMBH,<br><br>        Plaintiffs,<br><br>    v.<br><br>AGILENT TECHNOLOGIES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>) C.A. No. 17-600-LPS-CJB<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs Thermo Fisher Scientific Inc. and Thermo Fisher Scientific (Bremen) GmbH and Defendant Agilent Technologies, Inc. ("Defendant"), subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action shall be extended to October 10, 2017.

| SHAW KELLER LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By:  */s/ Karen E. Keller*<br>    John W. Shaw (#3662)<br>    Karen E. Keller (#4489)<br>    I.M. Pei Building<br>    1105 North Market Street, 12th Floor<br>    Wilmington, DE  19801<br>    302.298.0700<br>    jshaw@shawkeller.com<br>    kkeller@shawkeller.com<br><br>    *Attorneys for Plaintiffs*<br><br>Dated:  August 28, 2017<br>5376418 / 44416 | By:  */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Stephanie E. O'Byrne (#4446)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    sobyrne@potteranderson.com<br><br>    *Attorneys for Defendant* |

IT IS SO ORDERED, this _____ day of _____ 2017.

_____
U.S.D.J.