## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FISHER SCIENTIFIC INC. and THERMO FISHER SCIENTIFIC (BREMEN) GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> AGILENT TECHNOLOGIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 17-600-LPS-CJB <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Mark Reiter of Gibson, Dunn & Crutcher LLP, 2100 McKinney Avenue, Dallas, TX 75201; Brian M. Buroker of Gibson, Dunn & Crutcher LLP,1050 Connecticut Avenue, N.W., Washington, DC 20036, David Glandorf of Gibson, Dunn & Crutcher LLP, 1801 California Street, Denver, CO 80202; Anne Y. Brody of Gibson, Dunn & Crutcher LLP, 3161 Michelson Drive, Irvine, CA 92612; and Colby A. Davis of Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071 to represent Defendant Agilent Technologies, Inc in this action.

POTTER ANDERSON & CORROON LLP

By: */s/ Stephanie E. O'Byrne*
   David E. Moore (#3983)
   Bindu A. Palapura (#5370)
   Stephanie E. O'Byrne (#4446)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, DE  19801
   Tel:  (302) 984-6000
   dmoore@potteranderson.com
   bpalapura@potteraderson.com
   sobyrne@potteranderson.com

Dated: October 6, 2017
5436012/ 44416

*Attorneys for Defendant*
*Agilent Technologies, Inc*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

Date: _____                         _____
                                                                  United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: October 6, 2017          Signed: */s/ Mark Reiter*
                                       Mark Reiter
                                       Gibson, Dunn & Crutcher LLP
                                       2100 McKinney Avenue
                                       Dallas, TX 75201
                                       Tel:  (214) 698-3360
                                       mreiter@gibsondunn.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: October 6, 2017    Signed: */s/ Brian M. Buroker*
　　　　　　　　　　　　　　　　Brian M. Buroker
　　　　　　　　　　　　　　　　Gibson, Dunn & Crutcher LLP
　　　　　　　　　　　　　　　　1050 Connecticut Avenue, N.W.
　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　Tel: (202) 955-8541
　　　　　　　　　　　　　　　　bburoker@gibsondunn.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Colorado and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: October 6, 2017     Signed: */s/ David Glandorf*
                                   David Glandorf
                                   Gibson, Dunn & Crutcher LLP
                                   1801 California Street
                                   Denver, CO 80202
                                   Tel: (303) 298-5726
                                   dglandorf@gibsondunn.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐     has been paid to the Clerk of the Court

☒     will be submitted to the Clerk's Office upon the filing of this motion

Date: October 6, 2017          Signed: */s/ Anne Y. Brody*
                                         Anne Y. Brody
                                         Gibson, Dunn & Crutcher LLP
                                         3161 Michelson Drive
                                         Irvine, CA 92612
                                         Tel: (949) 451-4192
                                         abrody@gibsondunn.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: October 6, 2017        Signed:  */s/ Colby A. Davis*
                                         Colby A. Davis
                                         Gibson, Dunn & Crutcher LLP
                                         333 South Grand Avenue
                                         Los Angeles, CA
                                         Tel: (213) 229-7441
                                         cadavis@gibsondunn.com