**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THERMO FISHER SCIENTIFIC INC. and THERMO FISHER SCIENTIFIC (BREMEN) GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> AGILENT TECHNOLOGIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 17-600-LPS-CJB <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Agilent Technologies, Inc. respectfully moves to dismiss the Complaint (D.I. 1) for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in Defendant's Opening Brief, submitted herewith.

OF COUNSEL:

Mark Reiter
GIBSON DUNN & CRUTCHER LLP
2100 McKinney Avenue
Dallas, TX 75201
Tel: (214) 698-3100

Brian M. Buroker
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036-5306
Tel: (202) 955-8500

David Glandorf
GIBSON DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202
Tel: (303) 298-5700

Anne Y. Brody
GIBSON DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612
Tel: (949) 451-3800

Colby A. Davis
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000

Dated: October 10, 2017
5438425 / 44416

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ Stephanie E. O'Byrne*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Stephanie E. O'Byrne (#4446)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    sobyrne@potteranderson.com

*Attorneys for Defendant Agilent Technologies, Inc.*