**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THERMO FISHER SCIENTIFIC INC. and THERMO FISHER SCIENTIFIC (BREMEN) GMBH,<br><br>   Plaintiffs,<br><br>  v.<br><br>AGILENT TECHNOLOGIES, INC.,<br><br>   Defendant. | )<br>)<br>)<br>) C.A. No. 17-600-LPS-CJB<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] O R D E R**

At Wilmington this _____ day of _____, 20____, the Court having considered Defendant's Motion to Dismiss for Failure to State a Claim and the papers filed in connection therewith;

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

 

                          U.S.D.J.

5438439 / 44416