**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THERMO FISHER SCIENTIFIC INC. and THERMO FISHER SCIENTIFIC (BREMEN) GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> AGILENT TECHNOLOGIES, INC., <br><br> Defendant. | ) ) ) ) ) C.A. No. 17-600-LPS-CJB ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) |

**AGILENT TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Agilent Technologies, Inc. certifies that the following corporation directly or indirectly owns 10% or more of its stock: T. Rowe Price Associates, Inc.

|  | Respectfully submitted, |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| GIBSON DUNN & CRUTCHER LLP | By: */s/ Stephanie E. O'Byrne* |
| Mark Reiter <br> 2100 McKinney Avenue <br> Dallas, TX  75201 | David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Stephanie E. O'Byrne (#4446) |
| Brian M. Buroker <br> 1050 Connecticut Ave., N.W. <br> Washington, DC  20036-5306 | Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE  19801 <br> Tel:  (302) 984-6000 |
| David Glandorf <br> 1801 California Street, Suite 4200 <br> Denver, CO  80202 | dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> sobyrne@potteranderson.com |
| Anne Y. Brody <br> 3161 Michelson Drive <br> Irvine, CA  92612 | *Attorneys for Defendant* <br> *Agilent Technologies, Inc.* |
| Colby A. Davis <br> 333 South Grand Avenue <br> Los Angeles, CA  90071 | |
| Dated:  October 10, 2017 <br> 5438458 / 44416 | |