IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERMO FISHER SCIENTIFIC INC. AND THERMO FISHER SCIENTIFIC (BREMEN) GMBH, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 17-600-LPS-CJB |
| AGILENT TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) ) | |

**MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the

admission *pro hac vice* of the following attorneys to represent Plaintiffs Thermo Fisher Scientific

Inc. and Thermo Fisher Scientific (Bremen) GmbH in this matter:

Matthew J. Becker
Jason Murata
David K. Ludwig
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103

Brett Garrison
AXINN, VELTROP & HARKRIDER LLP
950 F Street, NW
Washington, DC 20004


SHAW KELLER LLP

*/s/ David M. Fry*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Plaintiffs*

OF COUNSEL:
Matthew J. Becker
Jason Murata
David K. Ludwig
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8177

Brett Garrison
AXINN, VELTROP & HARKRIDER LLP
950 F Street, NW
Washington, DC 20004
(202) 912-4700

Dated: November 8, 2017

## [PROPOSED] ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of

Matthew J. Becker, Jason Murata, David K. Ludwig, and Brett Garrison is granted.


_____
United States Magistrate Judge

Date: _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of Connecticut, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Matthew J. Becker
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100
mbecker@axinn.com

Dated: November 7, 2017

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and

am admitted, practicing and in good standing as a member of the Bar(s) of Connecticut, Illinois

and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this

Court for any alleged misconduct that occurs in the preparation or course of this action.  I also

certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing

Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has

been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to

the Clerk's office upon the filing of this motion.

_____

Jason Murata

AXINN, VELTROP & HARKRIDER LLP

90 State House Square

Hartford, CT 06103

(860) 275-8100

jmurata@axinn.com

Dated: November 2, 2017

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of Connecticut, the United States District Court for the District of Connecticut and the United States District Court of Appeals for the Federal Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

David K. Ludwig
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100
dludwig@axinn.com

Dated: November 7, 2017

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Brett Garrison
AXINN, VELTROP & HARKRIDER LLP
950 F Street, NW
Washington, DC 20004
(202) 912-4700
Dated: November 7, 2017        bgarrison@axinn.com