IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FISHER SCIENTIFIC INC. AND THERMO FISHER SCIENTIFIC (BREMEN) GMBH,<br><br>          Plaintiffs,<br><br>     v.<br><br>AGILENT TECHNOLOGIES, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 17-600-LPS-CJB<br>)<br>)<br>)<br>) |

## STIPULATION AND PROPOSED ORDER

The parties hereby stipulate and agree, subject to the Court's approval, that the deadline for the parties to file the checklist, proposed scheduling order, and letter pursuant to the Court's October 10, 2017 Oral Order is extended from November 9, 2017 to November 16, 2017.

| | |
|---|---|
| */s/ David M. Fry*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>David M. Fry (No. 5486)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>dfry@shawkeller.com<br>*Attorneys for Plaintiffs* | */s/ Stephanie E. O'Byrne*<br>David E. Moore (No. 3983)<br>Bindu A. Palapura (No. 5370)<br>Stephanie E. O'Byrne (No. 4446)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com<br>*Attorneys for Defendant* |

Dated: November 8, 2017

SO ORDERED this _____ day of _____, 2017.

_____
United States Magistrate Judge