# Exhibit B

# THERMO-AGILENT
# SCHEDULING ORDER DATES

|   | Event | Thermo Fisher's Position | Agilent's Position |
|---|---|---|---|
| 1 | Rule 26(a)(1) Disclosures | 10 days from the entry of the scheduling order ||
| 2 | Protective Order | 30 days from the entry of the scheduling order ||
| 3 | Paragraph 3 Disclosures | 30 days from the date of the Rule 16 conference (agreed)<br><br>Top 10 custodians | 30 days from the date of the Rule 16 conference (agreed)<br><br>Top 5 custodians |
| 4 | Thermo Fisher identifies accused products, damages model and asserted patents. Thermo Fisher produces the file history for each asserted patent. | 30 days from the date of the Rule 16 conference | 60 days from the date of the Rule 16 conference |
| 5 | Agilent produces core technical documents related to the accused products, sufficient to show how the accused products work. Agilent also produces sales figures for the accused products. | 30 days from the identification of accused products, damages model and asserted patents ||
| 6 | Thermo Fisher produces Initial Infringement Contentions (claim chart relating each known accused product to the asserted claims each such product allegedly infringes) | 30 days from Agilent's production of core technical documents (agreed)<br><br>No narrowing of asserted claims is required in this scheduling order. | 30 days from Agilent's production of core technical documents (agreed)<br><br>At that time, Thermo Fisher shall narrow the number of claims at issue down to no more than 21 total claims across all asserted patents. |

1

|  | Event | Thermo Fisher's Position | Agilent's Position |
|---|---|---|---|
| 7 | Agilent produces Initial Invalidity Contentions for each asserted claim, as well as the known related invalidating references | 30 days from Thermo Fisher's Initial Infringement Contentions ||
| 8 | Parties submit an Interim Status Report | May 4, 2018 ||
| 9 | Parties exchange a list of claim term(s)/phrase(s) that need construction and their proposed claim construction of those term(s)/phrase(s) | June 6, 2018 ||
| 10 | Parties exchange proposed claim constructions for any term(s)/phrase(s) identified by the other side for which a responsive construction has not been proposed | June 18, 2018 ||
| 11 | Parties submit a Joint Claim Construction Chart | June 25, 2018 ||
| 12 | Substantial Completion of Document Production Deadline | June 8, 2018 | 30 days after the Court issues its Markman order |
| 13 | Parties submit Initial Claim Construction Briefs (contemporaneous) and Technology Tutorials | July 25, 2018 ||
| 14 | Parties submit Answering/Responsive Claim Construction Briefs (contemporaneous) | August 22, 2018 ||
| 15 | Joinder of Other Parties and Amendment of Pleadings | August 3, 2018 | May 4, 2018 |
| 16 | Markman Hearing | October ___, 2018 ||
| 17 | Fact Discovery Deadline | November 9, 2018 | 75 days after the Court issues its Markman order |

|  | Event | Thermo Fisher's Position | Agilent's Position |
|---|---|---|---|
| 18 | Thermo Fisher produces Final Infringement Contentions | December 7, 2018<br><br>No narrowing of asserted claims is required in this scheduling order. | Within 21 days after the Court issues its Markman order.<br><br>At that time, Thermo Fisher shall narrow the number of asserted claims from the previously selected claims selected with its initial infringement contentions down to no more than 9 total claims across all asserted claims. |
| 19 | Agilent produces Final Invalidity Contentions | December 21, 2018 | 42 days after the Court issues its Markman order |
| 20 | Deadline to finally supplement identification of all accused products and of all invalidity references | December 21, 2018 | The list of accused products should be governed by what is identified in the initial infringement contentions with modification by leave of court.  The list of invalidity references shall be finalized with the Final Invalidity Contentions. |
| 21 | Opening Expert Reports<br><br>(for party who has the initial burden of proof) | January 18, 2019 | Ninety (90) days after the Court issues its Markman order |
| 22 | Rebuttal Expert Reports | March 15, 2019 | Thirty (30) days after service of Opening Expert Reports |

|    | Event | Thermo Fisher's Position | Agilent's Position |
|----|-------|--------------------------|---------------------|
| 23 | Reply Expert Reports | April 12, 2019 | None |
| 24 | Expert Discovery Deadline | May 31, 2019 | Thirty (30) days after service of Rebuttal Expert Reports |
| 25 | Case Dispositive and <u>Daubert</u> Motion Deadline<br><u>Answering briefs</u>:  4 weeks after opening briefs<br><u>Reply briefs</u>:  2 weeks after answering briefs | June 14, 2019 | Ninety (90) days after Opening Expert Reports are served |
| 26 | Case Dispositive and <u>Daubert</u> Hearing | August _____, 2019 ||
| 27 | Proposed Final Pretrial Order | October _____, 2019 ||
| 28 | Pretrial Conference | October _____, 2019 ||
| 29 | Trial | Seven-day jury trial beginning on November _____, 2019 | Five-day jury trial beginning on November _____, 2019 |