# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FISHER SCIENTIFIC INC. and THERMO FISHER SCIENTIFIC (BREMEN) GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> AGILENT TECHNOLOGIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 17-600-LPS-CJB <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AGILENT TECHNOLOGIES, INC.'S MOTION TO STAY PENDING *INTER PARTES* REVIEW OF THE ASSERTED PATENTS

Defendant Agilent Technologies, Inc. ("Agilent") respectfully moves to stay this litigation pending resolution of the *Inter Partes* Review ("IPR") petitions filed by Agilent on December 13–14, 2017. A decision on institution of these petitions is expected no later than June 20, 2017. The grounds for this motion are fully set forth in Agilent's Opening Brief submitted herewith.

Pursuant to D. Del. L.R. 7.1.1, Delaware counsel for the parties met and conferred on the subject matter of Agilent's motion, and Plaintiff opposes the relief requested thereby.

| | |
|---|---|
| | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Mark Reiter<br>GIBSON DUNN & CRUTCHER LLP<br>2100 McKinney Avenue<br>Dallas, TX 75201<br>Tel: (214) 698-3100 | By:  */s/ Stephanie E. O'Byrne*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Stephanie E. O'Byrne (#4446)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    sobyrne@potteranderson.com |
| Brian M. Buroker<br>GIBSON DUNN & CRUTCHER LLP<br>1050 Connecticut Ave., N.W.<br>Washington, DC 20036-5306<br>Tel: (202) 955-8500 | *Attorneys for Defendant*<br>*Agilent Technologies, Inc.* |

OF COUNSEL:

Mark Reiter
GIBSON DUNN & CRUTCHER LLP
2100 McKinney Avenue
Dallas, TX 75201
Tel: (214) 698-3100

Brian M. Buroker
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036-5306
Tel: (202) 955-8500

David Glandorf
GIBSON DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202
Tel: (303) 298-5700

Anne Y. Brody
GIBSON DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612
Tel: (949) 451-3800

Colby A. Davis
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000

Dated: December 15, 2017
5586725 / 44416