**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THERMO FISHER SCIENTIFIC INC. and THERMO FISHER SCIENTIFIC (BREMEN) GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> AGILENT TECHNOLOGIES, INC., <br><br> Defendant. | ) ) ) ) ) C.A. No. 17-600-LPS-CJB ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) |

**[PROPOSED] ORDER STAYING ACTION**

WHEREAS, on December 13–14, 2017, Defendant Agilent Technologies, Inc. ("Agilent"), filed four petitions with the Patent Trial and Appeal Board ("PTAB") seeking *inter partes* review ("IPR Petitions") of all claims of the three patents, U.S. Patent Nos. RE45,386 (the "'386 patent"), 7,230,232 (the "'232 patent"), and RE45,553 (the "'553 patent"), asserted in this litigation;

NOW, THEREFORE, it is hereby ORDERED that Defendant's Motion is GRANTED:

The above-captioned action is hereby stayed pending the conclusion of the Petitions for IPR, and all appeals therefrom. Any party to the above-captioned action may move to reopen this action within sixty (60) days after the later of the issuance of: (a) the certificate issued pursuant to 35 U.S.C. § 318(b) with respect to the last of the Petitions for IPR applicable to the patents at issue in the above-captioned action, or (b) a final, non-appealable decision resolving the last of the Petitions for IPR applicable to the patents at issue in the above captioned action.

SO ORDERED this _____ day of _____, 20\_\_\_\_\_

_____<br>
U.S.D.J.