IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FISHER SCIENTIFIC INC. and THERMO FISHER SCIENTIFIC (BREMEN) GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>AGILENT TECHNOLOGIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 17-600-LPS-CJB<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 15, 2017, a copy of the following documents were served on the persons listed below in the manner indicated:

1) Plaintiffs' First Set of Interrogatories (Nos. 1-6)

2) Plaintiffs' First Set of Requests for the Production of Documents and Things (Nos. 1-63)

3) Plaintiffs' First Set of Requests for Admission (Nos. 1-2)

**BY EMAIL**

David E. Moore
Bindu A. Palapura
Stephanie E. O'Byrne
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteraderson.com
sobyrne@potteranderson.com

Mark Reiter
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Dallas, TX 75201
(214) 698-3360
mreiter@gibsondunn.com

<div style="columns:2">

Brian M. Buroker
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 955-8541
bburoker@gibsondunn.com

Anne Y. Brody
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612
(949) 451-4192
abrody@gibsondunn.com

David Glandorf
GIBSON, DUNN & CRUTCHER LLP
1801 California Street
Denver, CO 80202
(303) 298-5726
dglandorf@gibsondunn.com

Colby A. Davis
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7441
cadavis@gibsondunn.com

*/s/ David M. Fry*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Plaintiffs*

</div>

OF COUNSEL:
Matthew J. Becker
Jason Murata
David K. Ludwig
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8177

Brett Garrison
AXINN, VELTROP & HARKRIDER LLP
950 F Street, NW
Washington, DC 20004
(202) 912-4700

Dated: December 15, 2017

2