**Exhibit A**

|  | **TFS Proposal** | **Agilent Proposal** |
|---|---|---|
| First Claim Narrowing | **50** claims on 5/11/18 | **40** claims on 5/11/18 |
| First Invalidity Narrowing | **150** total prior art combinations (no more than **35** references) regarding §§ 102/103 across all patents on 5/25/18 | **240** total prior art combinations (no more than **40** references) regarding §§ 102/103 across all patents on 5/25/18 |
| Second Claim Narrowing | **20** claims on the deadline for final infringement contentions (currently 2/1/19) | **15** claims on the deadline for final infringement contentions (currently 2/1/19) |
| Second Invalidity Narrowing | **40** total prior art combinations (no more than **15** total references) regarding §§ 102/103 across all patents on the deadline for final invalidity contentions (currently 2/15/19) | **60** total prior art combinations (no more than **25** references) regarding §§ 102/103 across all patents on the deadline for final invalidity contentions (currently 2/15/19) |

A "prior art combination" shall be understood to be a combination of two or more prior art references *per claim*. For example, if two prior art references are combined to argue obviousness for three different claims, this would count as *three* prior art combinations (even though each combination consists of the same two references). Combinations listed as "and/or" alternatives shall constitute as many combinations as can be formed based on what is stated. For example, a combination that lists "A and/or B and/or C" shall count as four prior art combinations. *See Greatbatch, Ltd. v. AVX Corp.*, C.A. No. 13-723-LPS, D.I. 368 (D. Del. July 28, 2015).

Under either side's proposal, a system is one "reference" regardless of the number of documents used to prove up that system. Thermo Fisher further proposes that Agilent should not be permitted to raise arguments under the guise of a "system" that are merely cumulative of references that form the basis of a "ground" or are subject to estoppel under 35 U.S.C. § 315.