IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERMO FISHER SCIENTIFIC INC., THERMO FISHER SCIENTIFIC (BREMEN) GMBH, and THERMO ELECTRON NORTH AMERICA LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 17-600-LPS |
| AGILENT TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) ) | |

### JOINT INTERIM STATUS REPORT

Pursuant to the Court's Order Staying Action entered July 5, 2018 (D.I. 168), Plaintiffs Thermo Fisher Scientific, Inc., Thermo Fisher Scientific (Bremen) GmbH, and Thermo Electron North America LLC ("Thermo Fisher") and Defendant Agilent Technologies, Inc. ("Agilent") respectfully submit this Joint Interim Status Report in the above-captioned patent infringement action.

On June 18, 2018, the Patent Trial and Appeal Board issued decisions instituting on all grounds each of Agilent's four petitions for *inter partes* review on the three patents asserted in this case by Thermo Fisher. Those institution decisions are found at IPR2018-00297 (Paper 25), IPR2018-00298 (Paper 25), IPR2018-00299 (Paper 21), and IPR2018-00313 (Paper 23).

On September 18, 2018, Thermo Fisher filed Patent Owner Responses in IPR2018-00298, IPR2018-00299, and IPR2018-00313, and a motion to amend in IRP2018-00297. Agilent's replies to Thermo Fisher's responses in IPR2018-00298, IPR2018-00299, and IPR2018-00313 are due December 18, 2018. Agilent's opposition to Thermo Fisher's motion to amend in IPR-00297 is due that same day.

OF COUNSEL:
Sonal N. Mehta
Daralyn J. Durie
Adam R. Brausa
Stephen Elkind
Eneda Hoxha
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666

Rip Finst
THERMO FISHER SCIENTIFIC INC.
5781 Van Allen Way
Carlsbad, CA 92008
(760) 603-7200

Dated: September 27, 2018

/s/ David M. Fry
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com
*Attorneys for Plaintiffs*

2

| | |
|---|---|
| OF COUNSEL:<br>Mark Reiter<br>Nathan Fonda<br>GIBSON DUNN &CRUTCHER LLP<br>2100 McKinney Avenue<br>Dallas, TX 75201<br>Tel: (214) 698-3100<br><br>Brian M. Buroker<br>GIBSON DUNN &CRUTCHER LLP<br>1050 Connecticut Ave., N.W.<br>Washington, DC 20036-5306<br>Tel: (202) 955-8500<br><br>David Glandorf<br>GIBSON DUNN &CRUTCHER LLP<br>1801 California Street, Suite 4200<br>Denver, CO 80202<br>Tel: (303) 298-5700<br><br>Anne Y. Brody<br>GIBSON DUNN &CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612<br>Tel: (949) 451-3800<br>Colby A. Davis<br>GIBSON DUNN &CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Tel: (213) 229-7000<br><br>Dated:  September 27, 2018 | */s/ Stephanie E. O'Byrne*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Agilent Technologies, Inc.* |

3