# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FISHER SCIENTIFIC INC., THERMO FISHER SCIENTIFIC (BREMEN) GMBH, AND THERMO ELECTRON NORTH AMERICA LLC <br><br> Plaintiffs, <br><br> v. <br><br> AGILENT TECHNOLOGIES, INC., <br><br> Defendant/Counterclaim Plaintiff, <br><br> v. <br><br> THERMO FISHER SCIENTIFIC INC., and THERMO ELECTRON NORTH AMERICA LLC, <br><br> Counterclaim Defendants. | ) ) ) ) ) ) Civil Action No. 17-600 (LPS) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Thermo Fisher Scientific Inc., Thermo Fisher Scientific (Bremen) GmbH, and Thermo Electron North America LLC ("Thermo Fisher") and Defendant/Counterclaim Plaintiff Agilent Laboratories Inc. ("Agilent"), by and through their respective counsel, hereby stipulate to the dismissal with prejudice of all claims in Thermo Fisher's Complaint (D.I. 1) and Amended Complaints (D.I. 37, D.I. 89, D.I. 137) and all claims, counterclaims and affirmative defenses asserted by Agilent in its Answers, Defenses and Counterclaims (D.I. 45, D.I. 103, D.I. 155).

Each Party will bear its own costs, expenses, and attorneys' fees.

Dated: October 1, 2018 Respectfully submitted,

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| */s/ David E. Moore* | */s/ David M. Fry* |
| David E. Moore (#3983) | John W. Shaw (No. 3362) |
| Bindu A. Palapura (#5370) | Karen E. Keller (No. 4489) |
| Stephanie E. O'Byrne (#4446) | David M. Fry (No. 5486) |
| Hercules Plaza, 6th Floor | I.M. Pei Building |
| 1313 N. Market Street | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: (302) 984-6000 | (302) 298-0700 |
| dmoore@potteranderson.com | jshaw@shawkeller.com |
| bpalapura@potteranderson.com | kkeller@shawkeller.com |
| sobyrne@potteranderson.com | dfry@shawkeller.com |
| | |
| *Attorneys for Agilent Technologies, Inc.* | *Attorneys for Plaintiffs* |